# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| BAUER, KENNETH R | ) | |
| | ) | CASE NO. 05-57470 RG |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At:  U.S. BANKRUPTCY COURT
> Kane County Courthouse
> 100 S. 3rd Street, Courtroom 140
> Geneva, IL  60134
>
> on:  **January 3, 2008**
> at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $         10,066.06

    b. Disbursements                               $              0.00

    c. Net Cash Available for Distribution         $         10,066.06

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ 1,756.61 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $ 521.39 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $<u>34,906.04</u>, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $<u>22.31</u>%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Citibank (South Dakota) N.A. | $ 18,993.00 | $ 4,237.62 |
| 3 | FIA Card Services successor to   History | $ 15,913.04 | $ 3,550.44 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

    Cash - $10.00; Checking Account - $200.00; Household Goods - $700.00; CDs – Records - $200.00; Wearing Apparel - $100.00; 2 Bass Guitars, Amp - $700.00; Bicycle - $100.00; Golf Clubs - $50.00; Life Insurance (State Farm) - $0.00; 1992 Isuzu - $2,400.00.

    The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **December 7, 2007**                     For the Court,

                                                  By:   **KENNETH S. GARDNER**

Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1             User: amcc7              Page 1 of 1               Date Rcvd: Dec 07, 2007
Case: 05-57470                   Form ID: pdf002          Total Served: 16

The following entities were served by first class mail on Dec 09, 2007.
db          +Kenneth R Bauer,   318 Anchor Drive,   Carpentersville, IL 60110-2812
aty         +Jonathan N Rogers,    Stitt, Klein, Daday, Aretos, etal,   121 South Wilke Road,   Suite 500,
              Arlington Heights, IL 60005-1528
tr          +Joseph Voiland,    Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
10287425    +Banco Popular De Pue,    120 Broadwa, Fl 16,   New York, NY 10271-0025
10287423    +Bauer Kenneth R,    318 Anchor Drive,   Carpentersville, IL 60110-2812
10287426    +Citi Cards CBSDNA,    PO Box 6241,   Sioux Falls, SD 57117-6241
11603324     Citibank (South Dakota) N.A.,    Exception Payment Processing,   P.O. Box 6305,
              The Lakes, NV 88901-6305
10287427    +David Bauer,   C/O Linda Polvere-Bauer,   318 Anchor Drive,   Carpentersville, IL 60110-2812
10287431    +FIA Card Services successor to,    Bank of America, and MBNA America Bank,   Attn: Mr. BK,
              1000 Samoset Dr,   DE5-023-03-03,   Newark DE 19713-6000
10287428    +HSBC Mortgage Services,    PO Box 9068,   Brandon, FL 33509-9068
11149977    +HSBC Mortgage Services,    P.O. BOX 21188,   EAGAN MN 55121-0188
11149930    +HSBC Mortgage Services,    636 Grand Regency Blvd.,   Brandon, FL 33510-3942
10287429    +Kohls Dept Stores,    N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
10287430    +Linda Polvere-Bauer,    318 Anchor Drive,   Carpentersville, IL 60110-2812
10287432    +MBNA America Checkma,    PO Box 17054,   Wilmington, DE 19884-0001
10287424    +Stitt Klein Daday Aretos & Giampietro,    121 S Wilke Road,   Arlington Heights, IL 60005-1533

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 09, 2007**       **Signature:**  *Joseph Speetjens*