# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-57470 RG  
**Case Name:** BAUER, KENNETH R  

**Taxpayer ID #:** 13-7546557  
**Period Ending:** 03/13/08  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/06 | {10} | Lois M. Kucera Estate | partial distribution from probate estate | 1129-000 | 9,000.00 | | 9,000.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.53 | | 9,004.53 |
| 12/07/06 | {10} | Lois M. Kucera Estate | final probate estate distribution | 1129-000 | 1,000.00 | | 10,004.53 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.11 | | 10,010.64 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.67 | | 10,017.31 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.99 | | 10,022.30 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.35 | | 10,027.65 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.53 | | 10,033.18 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.53 | | 10,038.71 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.18 | | 10,043.89 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.72 | | 10,049.61 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.54 | | 10,055.15 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.01 | | 10,060.16 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.90 | | 10,066.06 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.23 | | 10,071.29 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.12 | | 10,076.41 |
| 01/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 0.33 | | 10,076.74 |
| 01/03/08 | | To Account #********1266 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 10,076.74 | 0.00 |

**Subtotals :**   **$10,076.74**   **$10,076.74**

{} Asset reference(s)     Printed: 03/13/2008 04:30 PM     V.9.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-57470 RG  
**Case Name:** BAUER, KENNETH R  

**Taxpayer ID #:** 13-7546557  
**Period Ending:** 03/13/08  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****12-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,076.74 | 10,076.74 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,076.74 | |
| | | | **Subtotal** | | 10,076.74 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,076.74** | **$0.00** | |

{} Asset reference(s)                                                                                              Printed: 03/13/2008 04:30 PM     V.9.02

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-57470 RG | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | BAUER, KENNETH R | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****12-66 - Checking Account |
| Taxpayer ID #: | 13-7546557 | | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 03/13/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/03/08 | | From Account #*********1265 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 10,076.74 | | 10,076.74 |
| 01/06/08 | 101 | Citibank (South Dakota) N.A. | Dividend paid 22.34% on $18,993.00; Claim# 2; Filed: $18,993.00; Reference: | 7200-000 | | 4,243.43 | 5,833.31 |
| 01/06/08 | 102 | FIA Card Services successor to History | Dividend paid 22.34% on $15,913.04; Claim# 3; Filed: $15,913.04; Reference: | 7200-000 | | 3,555.31 | 2,278.00 |
| 01/06/08 | 103 | JOSEPH R. VOILAND | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,278.00 | 0.00 |
| | | | Dividend paid 100.00%     1,756.61 on $1,756.61;  Claim# ; Filed: $1,756.61 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%       521.39 on $521.39;  Claim# ; Filed: $521.39 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,076.74 | 10,076.74 | $0.00 |
| | | | Less: Bank Transfers | | 10,076.74 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,076.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,076.74** | |

{} Asset reference(s)

Printed: 03/13/2008 04:30 PM     V.9.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 05-57470 RG | **Trustee:** JOSEPH R. VOILAND (330380) |
| **Case Name:** BAUER, KENNETH R | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****12-66 - Checking Account |
| **Taxpayer ID #:** 13-7546557 | **Blanket Bond:** $50,000,000.00  (per case limit) |
| **Period Ending:** 03/13/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****12-65 | 10,076.74 | 0.00 | 0.00 |
| Checking # ***-*****12-66 | 0.00 | 10,076.74 | 0.00 |
| | $10,076.74 | $10,076.74 | $0.00 |

{} Asset reference(s)      Printed: 03/13/2008 04:30 PM     V.9.02